Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Richard Wendte, *individually and on behalf of all others similarly situated*,<br><br>          Plaintiffs,<br><br>v.<br><br>Rent-A-Center, Inc.,<br><br>          Defendant. | Case No.: 2:16-cv-01998-JAD-CWH<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STAY**<br><br>**ORDER** |

Plaintiff Richard Wendte ("Plaintiff") and Defendant Rent-A-Center, Inc. ("Defendant") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until November 1, 2016—

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

1   for Plaintiff to respond to Defendant's Motion to Stay Proceedings Pending

2   Resolution of TCPA-Related Petitions for Review Currently Under Consideration

3   by the United States Court of Appeals for the District of Columbia Circuit.   ECF

4   No. 4.

5          Plaintiff filed his Complaint on August 23, 2016.  ECF No. 1.  On October 3,

6   2016, Defendant filed its Answer.   ECF No. 3.   On October 11, 2016, Defendant

7   filed its Motion to Stay Proceedings Pending Resolution of TCPA-Related Petitions

8   for Review Currently Under Consideration by the United States Court of Appeals

9   for the District of Columbia Circuit (the "Motion").   ECF No. 4.   Counsel for

10  Plaintiff has requested, and Defendant has agreed, to allow Plaintiff an additional

11  seven days to respond to the Motion.

12         The Parties in good faith stipulate to allow additional time for Plaintiff to

13  respond to the Motion.  This is the first request for an extension of this deadline.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

THEREFORE, in consideration of the foregoing, and for good cause, the Parties hereby stipulate and agree as follows:

(1) Plaintiff shall respond to Defendant's Motion, ECF. No. 4, on or before November 1, 2016.


DATED this 24th day of October 2016.


**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/  Marc S. Cwik
Marc S. Cwik, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Rent-A-Center, Inc.*


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____October 24, 2016_____