Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Richard Wendte*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Richard Wendte, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br>v.<br><br>Rent-A-Center, Inc.,<br><br>Defendant. | Case No.: 2:16-cv-01998-JAD-CWH<br><br>**Stipulation and Order of Dismissal** |

4831-9897-3514.1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Richard Wendte ("Plaintiff") and Defendant Rent-A-Center, Inc. ("Defendant") stipulate to dismiss Plaintiff's individual claims set forth in the Complaint (ECF No. 1) on file herein with prejudice, and the class claims without prejudice, against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 3rd day of July 2017.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Michael Kind*
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**LEWIS BRISBOIS**

By: */s/ Marc S. Cwik*
Marc S. Cwik, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant*

**IT IS SO ORDERED.**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
UNITED STATES DISTRICT JUDGE

Dated: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 3, 2017, the foregoing STIPULATION AND ORDER TO DISMISS was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117